**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SANG NGUYEN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-1185** |
| **WEEKS MARINE, INC., ET AL** | **SECTION "B"(4)** |

**ORDER AND JUDGMENT**

The non-jury trial in the above-captioned matter concluded on February 21, 2017 with closing arguments by both parties. Accordingly, based on oral reasons given from the bench,

**IT IS ORDERED** that Plaintiffs' claims are **DISMISSED.**

**IT IS FURTHER ORDERED** that Weeks Marine, Inc.'s counterclaims are **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of Defendants Weeks Marine, Inc., et al.

New Orleans, Louisiana, this 22nd day of February, 2017.

SENIOR UNITED STATES DISTRICT JUDGE